IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL No. 3:23-CR-11 (TES) |
| | : |
| AHYLEEK CRUMP, | : |
| | : |
| Defendant. | : |

### ORDER TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss the Indictment as to Defendant Ahyleek Crump. The co-defendant in this case pled guilty on November 8, 2023 and exonerated Mr. Crump of all culpability.

The Court, having reviewed the motion, finds good cause exists to grant the Government's motion to dismiss. Accordingly, pursuant to Rule 48(a), the charge against Defendant Ahyleek Crump is DISMISSED WITHOUT PREJUDICE

**SO ORDERED**, this ___ day of November, 2023.

TILMAN E. SELF, III
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA